# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **GINGER ROBERTSON,** individually and on behalf of all others similarly situated, | **)** **)** **)** **)** | |
| **Plaintiff,** | **)** **)** | **Case No. 6:23-cv-03184-MDH** |
| **vs.** | **)** **)** | |
| **WHITESTONE HOME FURNISHING, LLC d/b/a Saatva,** | **)** **)** **)** | |
| **Defendant.** | **)** | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and consistent with its Order Granting Final Approval of Class Action Settlement, this Court enters final judgment on and hereby dismisses the above-captioned Action and Released Claims (as defined in the Settlement Agreement[1]) on the merits and with prejudices to the following Settlement Class: all consumers who made at least one Qualifying Purchase from June 21, 2018 through June 18, 2024. A Qualifying Purchase is defined as:

> A retail transaction for the purchase of tangible personal property from Defendant for which all of the following are true: (a) the transaction was made via Defendant's website, www.saatva.com; (b) the transaction was completed between June 21, 2018 through June 18, 2024; (c) the purchased property was shipped by or on behalf o Defendant from a location outside the State of Missouri; (d) the purchaser's delivery address was within the State of Missouri; and (e) Defendant charged the purchaser an amount of tax on the transaction that exceeded the Vendor's Use Tax Amount for that transaction.

The Settlement Class Representative and Settlement Class Members are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or

---

[1] All defined terms in this order have the same meaning ascribed to them in the Agreement. (Doc. 49-2).

1

related to the Released Claims. Each party shall bear their own costs except as provided in the Court's Order Granting Final Approval of Class Action Settlement.

This Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Settlement Agreement, the Court's Order Granting Final Approval of Class Action Settlement and this Final Judgment.

The Clerk of the Court is directed to terminate all pending motions and to close this case.

**IT IS SO ORDERED**.

DATED:   July 9, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**